[S. F. No. 5654.   In Bank.—September 20, 1910.]

ALL NIGHT AND DAY BANK and NEWTON J. SKINNER, President, and W. J. CONNOR, Secretary of the All Night and Day Bank, Petitioners, v. THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES, and HON. N. P. CONLEY, Judge thereof, Respondents.

MANDAMUS—SUPERSEDEAS PENDING APPEAL—CONDITIONAL ORDER.—It is held upon this petition for a writ of mandate to compel the superior court to make an order after judgment so as to make an effectual *supersedeas* pending an appeal from the judgment, including a petition for the appointment of a receiver by this court to whom certain shares of stock mentioned in the petition should be assigned, that such petition for a receiver be denied, and that the petition for a *supersedeas* and restraining order be granted only to the extent and upon the conditions specified in the order of this court, and that in all other respects the judgment appealed from be stayed pending such appeal.

PETITION for Writ of Mandate to the Superior Court of Los Angeles County.   N. P. Conley, Judge.

Gavin McNab, and R. P. Henshall, for Petitioners.

John D. Pope, and W. G. Cooke, for Respondents.

THE COURT.—It is ordered that the petition of the All Night and Day Bank and Newton J. Skinner, president, and W. J. Connor, secretary of the All Night and Day Bank, for the appointment of an officer as receiver, with whom the shares of stock, mentioned in the petition herein, may be assigned, be and the same is hereby denied; and that the petition of the said parties for a *supersedeas* and restraining order be granted to the following extent only:—

"It is ordered that within five (5) days from this date said All Night and Day Bank and Newton J. Skinner, president, and W. J. Connor, secretary, issue to the Title Insurance and Trust Company, as receiver, eleven hundred fifty-five (1155) shares of the capital stock of the All Night and Day Bank, being the same stock mentioned in their petition, and that the said receiver hold and vote and otherwise fully represent said stock, subject always to the orders and control of the superior court of the county of Los Angeles, pending the appeal in the said action of Hugh Blue, trustee, v. All Night and Day Bank et al., and that in all other respects execution of the judgment be stayed pending appeal."

Rehearing denied.